In re:

BAYPORT CORPORATION, LTD.
EIN: XX-XXX2128

Case #: 20-80471-CRJ11

CHAPTER 11

DEBTOR.

## MOTION TO CONTINUE

COMES NOW, Sam Kossary, individually, ("Movant"), by and through counsel, and moves the Court to continue the hearing set for March 9, 2020 at 2:00 PM for at least 14 days from the date of this Motion. In support of said Motion, MOVANT shows as follows:

1. Movant's counsel was contacted today, 03/09/2020, at 11:00 AM regarding the Debtor's "Motion for Approval of Debtor's Rejection of Executory Contract" ("Debtor's Motion").
2. Movant's counsel, in cursory review of the some of the pleadings and relevant statutory law, believes Movant's interests in the executory contract at issue, including potential lien rights, will be irreparably harmed unless Movant's counsel is given additional time to review the relevant case law and pleadings and later aver on behalf of Movant.
3. Movant represents that an action in state court has been filed relative to specific performance of the executory contract in question and that the parties are currently involved in mediation.
4. The Debtor and other parties in interest will not be prejudiced by the continuance of the hearing of the Debtor's Motion.

**WHEREFORE**, **PREMISES CONSIDERED**, the Movant respectfully requests as follows:

A. That the Court enter an order continuing the hearing on Debtor's Motion set for 03/09/2020 until at least 14 days from the date hereof;

B. That the Court grant such further relief as it deems just and proper.

This 9th day of March, 2020.

/s/ James C. Cameron
James C. Cameron (CAM084)
Attorney for Movant
Jones & Cameron LLC
P. O. Box 940
2305 Worth Street
Guntersville, AL 35976

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing, in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004, by first class mail postage prepaid or via Notice of Electronic Filing through the Court's CM/ECF Noticing System to the following parties:

Bayport Corporation, Ltd.
303-D Beltline Place S.W.
Decatur, AL 35603

| | |
|---|---|
| Tazewell Shepard<br>taze@ssmattorneys.com<br>cheryl@ssmattorneys.com<br>janelle@ssmattorneys.com | Tazewell Taylor Shepard, IV<br>ty@ssmattorneys.com |

Richard M Blythe, Bankruptcy Administrator
Richard_Blythe@alnba.uscourts.gov
courtmaildec@alnba.uscourts.gov

This 9th day of March, 2020.

                                                    /s/ James C. Cameron
                                                    James C. Cameron

(----)