# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

IN RE:

**BAYPORT CORPORATION LTD**
**TIN: 84-XXX2128**

**20-80471-CRJ-7**

## NOTICE TO CLERK OF THE COURT
## STATUS REPORT

COMES NOW Judith Thompson, Trustee for the above styled case and shows unto the Honorable Court the following:

1. The case was filed February 20, 2020 as a Chapter 11 non-individuals filing and converted to Chapter 7 November 23, 2020.

2. There Final asset report has been filed. During the funds being mailing out there was a fraud problem. A Check mailed to an attorney in the case was intercepted and used for other purposes. It has been 6 months and they are still investigating. The PNC Bank is the bank that has the fraud investigation on going and the trustee's bank is Metropolitan Commercial Bank in which the trustee has her trust accounts. I have been informed that PNC Bank will investigate until the problem is solved and then the funds will be returned to the trust account.

3. During the same time the second check disappeared and has never been processed. The check is made out to Lynda Hall, Tax Collector, claim #1, in the amount of $1,573.24. This check has not been returned. After this time, the trustee contacted Lynda Hall's office in which she has been replaced. The trustee was informed that they has filed the claim in error, Today the trustee requested that the claim be withdrawn and the trustee is monitoring bankruptcy records.

4. That claim must be withdrawn upon receipt of the information and the Final Asset report be reprocessed upon receipt of funds from PNC Bank.

Respectfully, submitted this 13th day of March, 2023.

                                     */s/ Judith Thompson*
                                     Judith Thompson, Trustee
                                     P. O. Box 18966
                                     Huntsville, Alabama 35804-8966
                                     (256) 880-2217