UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:
    BAYPORT CORPORATION, LTD
    TIN: 84-XXX2128

CASE NO.:   20-80471-CRJ-7

## TRUSTEE'S REPORT TO COURT

To The Honorable Clifton R. Jessup, Bankruptcy Judge:

    Comes now Judith Thompson, Trustee for the above styled case and states unto the Honorable Court the following:

    Claim number one was withdrawn after the filing of the final asset report. The check was never received. The proposed distribution was amended and will be paid out as listed on the proposed distribution.

    The fraud claim has been satisfied and the funds will be paid to Tazewell Shepard, Attorney as the original funds were made out.

    A Notice to the Court is being filed by the Trustee after being reviewed by Richard Blythe, Bankruptcy Administrator's Office.

    Attachment are included to this report to show the claim one being withdrawn and a new proposed distribution to show where the funds are being sent.

    Respectfully submitted this 30th day of October, 2023.

*/s/ Judith Thompson*
Judith Thompson, Trustee
P. O. Box 18966
Huntsville, Alabama 35804
(256) 880-2217

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing notice has been served on all parties as listed below by email this 30th day of October 2023.

/s/ Judith Thompson

Richard Blythe
Bankruptcy Administrator's Office
P. O. Box 3045
Decatur, Alabama 35602
Email: Richard_Blythe@alnba.uscourts.gov